# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                      Plaintiff,

v.                                               Case No.: 1:23−cv−03315
                                              Honorable Nancy L. Maldonado

Brian Jung, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 16, 2024:

       MINUTE entry before the Honorable Nancy L. Maldonado:A hearing on Plaintiff's motions for a temporary restraining order [31] [32] is set for 5/23/24 at 10:30 a.m. in person in Courtroom 1925. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.