IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZAFAR SHEIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-3315 |
| | ) | |
| BRIAN JUNG, ROBERT KRYDER, | ) | |
| LANCE C. MALINA, and the VILLAGE | ) | |
| OF SCHAUMBURG, an Illinois Municipal | ) | Honorable Sharon Johnson Coleman |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Zafar Sheikh, hereby voluntarily dismisses Defendant Village of Schaumburg with prejudice pursuant to the settlement agreement entered between the parties and each party shall bear their own respective costs and attorney's fees.

Respectfully submitted,

/s/ [signature]
Zafar Sheikh, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAFAR SHEIKH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-3315 |
| | ) |
| BRIAN JUNG, ROBERT KRYDER, | ) |
| LANCE C. MALINA, and the VILLAGE | ) |
| OF SCHAUMBURG, an Illinois Municipal | ) Honorable Sharon Johnson |
| | Coleman |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed upon by Plaintiff Zafar Sheikh and Defendant Village of Schaumburg that this action be dismissed with prejudice, and that each party bear their own respective costs and attorney's fees pursuant to settlement between the parties.

Respectfully submitted,

/s [signature]
Zafar Sheikh, Plaintiff


 s/ Daniel W. Bourgault
DANIEL W. BOURGAULT, Atty No. 06343302
Attorneys for Defendants
KLEIN, THORPE AND JENKINS, LTD.
120 S. LaSalle Street, Suite 1710
Chicago, Illinois 60603
(312) 984-6400
dwbourgault@ktjlaw.com