IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAFAR SHEIKH,<br><br>          **Plaintiff,**<br><br>v.<br><br>BRIAN JUNG, ROBERT KRYDER, LANCE C. MALINA, and the VILLAGE OF SCHAUMBURG, an Illinois Municipal Corporation,<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-3315<br><br>Honorable Sharon Johnson Coleman |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed upon by Plaintiff Zafar Sheikh and Defendant Village of Schaumburg that this action be dismissed with prejudice, and that each party bear their own respective costs and attorney's fees pursuant to settlement between the parties.

Respectfully submitted,

/s/ _____
Zafar Sheikh, Plaintiff


 s/ **Daniel W. Bourgault**
DANIEL W. BOURGAULT, Atty No. 06343302
Attorneys for Defendants
KLEIN, THORPE AND JENKINS, LTD.
120 S. LaSalle Street, Suite 1710
Chicago, Illinois 60603
(312) 984-6400
dwbourgault@ktjlaw.com